# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff(s):** League of Women Voters of Arizona ; Mi Familia Vota Education Fund ; Promise Arizona, on behalf of themselves, their members, and all other similarly situated | **Defendant(s):** Michele Reagan, in her official capacity as Secretary of State for the State of Arizona |
| County of Residence: Maricopa | County of Residence: Maricopa |
| County Where Claim For Relief Arose: Maricopa | |

Plaintiff's Atty(s):

**Lawrence G Scarborough**
Bryan Cave Leighton Paisner LLP
Two North Central Avenue, Suite 2100
Phoenix, Arizona  85004-4406

**Teresa P. Meece**
Bryan Cave Leighton Paisner LLP
Two North Central Avenue, Suite 2100
Phoenix, Arizona  85004-4406

**Julie M. Birk**
Bryan Cave Leighton Paisner LLP
Two North Central Avenue, Suite 2100
Phoenix, Arizona  85004-4406

**Kathy Brody**
American Civil Liberties Union of Arizona
P.O. Box 17148
Phoenix, Arizona  85011-0148

Defendant's Atty(s):

**Joseph La Rue**
Office of the Attorney General
2005 North Central Avenue
Phoenix, Arizona  85007

**Kara Karlson**
Office of the Attorney General
2005 North Central Avenue
Phoenix, Arizona  85007

Darrell Hill
American Civil Liberties Union of Arizona
P.O. Box 17148
Phoenix, Arizona  85011-0148


Sarah Brannon
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC  20005-2313


Ceridwen Cherry
American Civil Liberties Union
915 15th Street NW
Washington, DC  20005-2313


Theresa J. Lee
American Civil Liberties Union Foundation
125 Broad Streett
New York, New York  10004


Stuart Naifeh
DEMOS
80 Broad Street, 4th Floor
New York, New York  10004


Jon Greenbaum
Lawyers' Committee for Civil Rights Under
Law
1500 K Street NW, Suite 900
Washington, DC  20005


Ezra D. Rosenberg
Lawyers' Committee for Civil Rights Under
Law
1500 K Street NW, Suite 900
Washington, DC  20005


Arusha Gordon
Lawyers Committee for Civil Rights Under
Law
1500 K Street NW, Suite 900
Washington, DC  20005

**Chiraag Bains**
**DEMOS**
**740 6th Street NW, 2nd Floor**
**Washington, DC  20001**

---

II. Basis of Jurisdiction:          3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties **(Diversity Cases Only)**
    Plaintiff:- **N/A**
    Defendant:- **N/A**

IV. Origin :          **1. Original Proceeding**

V. Nature of Suit:          **441 Voting**

VI. Cause of Action:          **52 U.S.C. §§ 20501 et seq. This action seeks declaratory and injunctive relief to address Defendant's violation of § 5 of the National Voter Registration Act.**

VII. Requested in Complaint
    Class Action: **No**
    Dollar Demand:
    Jury Demand: **No**

VIII. This case **is not related** to another case.

---

**Signature:** s/ Lawrence G. Scarborough

    **Date:** **8/18/18**

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**