BRYAN CAVE LEIGHTON PAISNER LLP (No. 00145700)
Lawrence G. Scarborough (No. 006965) (lgscarborough@bclplaw.com)
Teresa P. Meece (No. 032071) (teresa.meece@bclplaw.com)
Julie M. Birk (No. 033908) (julie.birk@bclplaw.com)
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| League of Women Voters of Arizona; Mi Familia Vota Education Fund; and Promise Arizona, on behalf of themselves, their members, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Michele Reagan, in her official capacity as Secretary of State for the State of Arizona,<br><br>Defendant. | No. _____<br><br>DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFFS' APPLICATION FOR AN ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ENTERED |

I, Julie M. Birk, declare as follows:

1. I am a licensed attorney currently in good standing to practice law in the state of Arizona and before this Court.

2. I am an attorney at Bryan Cave Leighton Paisner LLP, Two North Central Avenue, Suite 2100, Phoenix, Arizona 85004-4406, and am one of the counsel for Plaintiffs League of Women Voters of Arizona, Mi Familia Vota Education Fund, and Promise Arizona in this action.

3. I make this Declaration based on my own personal knowledge. If called upon to testify, I could and would testify as set forth herein.

4. Attached as Exhibit A is a true and correct copy of the November 14, 2017 letter Plaintiffs sent to Michelle Reagan, in her official capacity as Secretary of State for the State of Arizona.

1      5.     Attached as Exhibit B is a true and correct copy of the Interim Memorandum of Understanding executed August 14, 2018.

       6.     Attached as Exhibit C is a true and correct copy of Arizona Department of Transportation ("ADOT") Driver License/Identification Card Application, Form 40-5122 R04/16.

       7.     Attached as Exhibit D is a true and correct copy of ADOT Driver License/Identification Card Application, Form 40-5122 R01/18.

       8.     Attached as Exhibit E is a true and correct copy of ADOT Duplicate/Credential Update Application, Form 40-5145 R07/16.

       9.     Attached as Exhibit F is a true and correct copy of an August 16, 2018 press release issued by Michelle Reagan, in her official capacity as Secretary of State for the State of Arizona.

       10.    Attached as Exhibit G is a true and correct copy of screen shots of the Service AZ website.

       I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

       Executed this 18th day of August, 2018 at Phoenix, Arizona.


                                    s/ Julie M. Birk
                                    Julie M. Birk

12027502v3

Bryan Cave Leighton Paisner LLP
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
(602) 364-7000