# EXHIBIT A

# EXHIBIT A

## to

## Notice of Videotaped Fed. R. Civ. P. 30(b)(6) Deposition of Secretary of State for the State of Arizona

### Definitions

1. The term "SOS" means Michele Reagan, in her official capacity as Secretary of State for the State of Arizona.

2. The term "NVRA" means the National Voter Registration Act, 52 U.S.C.A. § 20504.

### Matters Upon Which Examination is Requested

1. All SOS policies and procedures relating to voter registration address updates for any transaction covered by Section 5 of the NVRA, 52 U.S.C.A. § 20504, including in-person transactions and online transactions.

2. The SOS conduct relating to voter registration address updates for any transaction covered by Section 5 of the NVRA, 52 U.S.C.A. § 20504, including in-person transactions and online transactions.

3. The SOS processing of voter registration address updates for any transaction covered by Section 5 of the NVRA, 52 U.S.C.A. § 20504, including in-person transactions and online transactions.

12083664