# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| League of Women Voters of Arizona, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>Michele Reagan,<br><br>  Defendant. | No.  CV-18-2620-PHX-DMF<br><br><br>**ORDER** |

On August 18, 2018, this matter was assigned to Magistrate Judge Deborah M. Fine. The undersigned recuses from any further action in the above-captioned matter.

**IT IS THEREFORE ORDERED** this case be reassigned, by lot, to another Judge in the District of Arizona.

**IT IS FURTHER ORDERED** that this matter has been reassigned by random lot to the Honorable John J. Tuchi.  All future pleadings and papers submitted for filing shall bear the following complete case number:  CV-18-2620-PHX-JJT.

Dated this 21st day of August, 2018.

_____
Honorable Deborah M. Fine
United States Magistrate Judge

cc: JJT