# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| League of Women Voters of Arizona, *et al.*, <br>     Plaintiffs, <br> v. <br> Michele Reagan, <br>     Defendant. | No. CV-18-02620-PHX-JJT <br><br> **ORDER** |

I hereby recuse myself from any further action in the above-captioned matter.

**IT IS ORDERED** this matter be reassigned, by lot, to another judge in the District of Arizona.

**IT IS FURTHER ORDERED** that this matter has been reassigned by random lot to the Honorable James A. Teilborg All future pleadings and papers submitted for filing shall bear the following complete case number: CV-18-02620-PHX-JAT.

Dated this 21st day of August, 2018.

_____
Honorable John J. Tuchi
United States District Judge