| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| BRYAN CAVE LEIGHTON PAISNER () <br> TWO NORTH CENTRAL AVENUE, SUITE 2100 <br> PHOENIX, AZ 85004 <br> Telephone No: 602-364-7000 <br> Attorney For:    Ref. No. or File No.: P030012 | |

Insert name of Court, and Judicial District and Branch Court:
IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

Plaintiff: LEAGUE OF WOMEN VOTERS OF ARIZONA; ET. AL.,
Defendant: MICHELE REAGAN, ET. AL.,

**CERTIFICATE OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: CV-18-2620-PHX-DMF

1. At the time of service I was at least 21 years of age and not a party to this action.

2. I served copies of the
   SUMMONS IN A CIVIL ACTION; COMPLAINT; PLAINTIFFS' APPLICATION FOR AN ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ENTERED; [PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR AN ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ENTERED; DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFFS'' APPLICATION FOR AN ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ENTERED; (3) CORPORATE DISCLOSURE STATEMENT; CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; NOTICE TO PARTIES-MANDATORY INITIAL DISCOVERY PILOT PROJECT; GENERAL ORDER 17-08; ORDER TO SHOW CAUSE; REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S APPLICATION FOR AN ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ENTERED; PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITATION; [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITATION; PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY; [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY; NOTICE OF VIDEOTAPED FED. R CIV. P. 30(b)(6) DEPOSITION OF SECRETARY OF STATE FOR THE STATE OF ARIZONA

3. a. Party served:    SECRETARY OF STATE - MICHELE REAGAN
   b. Person served:    LEE MILLER, DEPUTY SECRETARY OF STATE, AUTHORIZED

4. Address where the party was served:    1700 W Washington St 7th floor, Phoenix, AZ 85007

5. I served the party:
   a. **by substituted service.**    On: Tue, Aug 21 2018 at: 11:24 AM by leaving the copies with or in the presence of:
   LEE MILLER, DEPUTY SECRETARY OF STATE, AUTHORIZED, Caucasian, Male, Age: 55, Hair: Blond, Eyes: Blue, Height: 6'2", Weight: 240

   (a) ( Person of suitable age and discretion. Informed him or her of the general nature of the papers.

Service: $98.59, Mileage: $24.00, Certificate: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $132.59

I Declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

6. Person Executing:
   a. Eric Henningsen MC-7129
   b. FIRST LEGAL
      3737 North 7th. Street Suite 125
      PHOENIX, AZ 85014
   c. (602) 248-9700

08/22/2018    (Date)      _(Signature)_ Eric H[signature]

CERTIFICATE OF SERVICE



2564747 (10326575)