BRYAN CAVE LEIGHTON PAISNER LLP (No. 00145700)
Lawrence G. Scarborough (No. 006965) (lgscarborough@bclplaw.com)
Jessica R. Maziarz (No. 027353) (jessica.maziarz@bclplaw.com)
Teresa P. Meece (No. 032071) (teresa.meece@bclplaw.com)
Julie M. Birk (No. 033908) (julie.birk@bclplaw.com)
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000

Attorneys for Plaintiffs

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| League of Women Voters of Arizona; Mi Familia Vota Education Fund; and Promise Arizona, on behalf of themselves, their members, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Michele Reagan, in her official capacity as Secretary of State for the State of Arizona,<br><br>Defendant. | No. CV-18-02620-PHX-JAT |

NOTICE OF SERVICE OF ORDER
SETTING PRELIMINARY INJUNCTION HEARING

1  NOTICE IS HEREBY GIVEN that plaintiffs League of Women Voters of Arizona, Mi Familia Vota Education Fund, and Promise Arizona have served on defendant Michele Reagan the Court's Order Setting Preliminary Injunction Hearing on August 23, 2018 (11:13 a.m.), by effectuating personal service at 1700 West Washington Street, 7th Floor, Phoenix, Arizona 85007.

DATED this 23rd day of August, 2018.

BRYAN CAVE LEIGHTON PAISNER LLP

By s/ Jessica R. Maziarz
Lawrence G. Scarborough
Jessica R. Maziarz
Teresa P. Meece
Julie M. Birk
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406

Kathy Brody
Darrell Hill
AMERICAN CIVIL LIBERTIES UNION OF ARIZONA
P.O. Box 17148
Phoenix, Arizona 85011-0148

Sarah Brannon* **
Ceridwen Cherry*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street NW
Washington, DC 20005-2313

Theresa J. Lee*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street
New York, New York 10004

Stuart Naifeh*
DEMOS
80 Broad St, 4th Floor
New York, New York 10004

Chiraag Bains* **
DEMOS
740 6th Street NW, 2nd Floor
Washington, DC 20001

Bryan Cave Leighton Paisner LLP
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
(602) 364-7000

Jon Greenbaum*
Ezra D. Rosenberg*
Arusha Gordon*
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005

\* *Pro hac vice* applications forthcoming.
\*\* *Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).*

Attorneys for Plaintiffs

Filed electronically with the Court and served on parties of record by the Court's CM/ECF system this 23rd day of August, 2018.

 s/ Mary Ann Villa

12108317

**Bryan Cave Leighton Paisner LLP**
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
(602) 364-7000