| | |
|---|---|
| 1 | BRYAN CAVE LEIGHTON PAISNER LLP (No. 00145700) |
| | Lawrence G. Scarborough (No. 006965) (lgscarborough@bclplaw.com) |
| 2 | Jessica R. Maziarz (No. 027353) (jessica.maziarz@bclplaw.com) |
| | Teresa P. Meece (No. 032071) (teresa.meece@bclplaw.com) |
| 3 | Julie M. Birk (No. 033908) (julie.birk@bclplaw.com) |
| | Two North Central Avenue, Suite 2100 |
| 4 | Phoenix, Arizona 85004-4406 |
| | Telephone: (602) 364-7000 |

Attorneys for Plaintiffs

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| League of Women Voters of Arizona; Mi Familia Vota Education Fund; and Promise Arizona, on behalf of themselves, their members, and all others similarly situated, | No. 2:18-cv-02620-JAT |
| Plaintiffs, | PLAINTIFFS' RESPONSE TO DOC. 15 REGARDING DEADLINE FOR PRELIMINARY INJUNCTION |
| vs. | |
| Michele Reagan, in her official capacity as Secretary of State for the State of Arizona, | |
| Defendant. | |

In response to the Court's Order of August 22, 2018 (Doc. 15), Plaintiffs submit this memorandum setting forth the basis for the requested September 15, 2018 date by which a preliminary injunction should issue.[1] Plaintiffs seek a preliminary injunction against Defendant Michele Reagan, in her official capacity as Secretary of State for the State of Arizona ("SOS"), to remedy her violations of Section 5 of the National Voter Registration Act ("NVRA"), 52 U.S.C. § 20504—specifically, her failure to update voter registration addresses. One of the two forms of relief Plaintiffs' preliminary injunction application seeks is a mailing to affected voters notifying them of the need to ensure that their voter

---

[1] During the call to the Court, Plaintiffs inadvertently referred to Saturday, September 15, 2018 rather than Friday, September 14, 2018 as the deadline. September 14, 2018 is the operative date reflected in Plaintiffs' papers.

registration addresses are up to date. Because the deadline for voters to update their voter registration records for the 2018 General Election is October 9, 2018 (https://azsos.gov/elections/elections-calendar-upcoming-events), this mailing should be sent by the SOS sufficiently in advance of that October 9, 2018 voter registration deadline to maximize effect. Plaintiffs believe a preliminary injunction ordering this mailing is needed by September 14, 2018 to accomplish that purpose.

As it relates to that mailing, Plaintiffs request that the Court order the SOS to send a blank voter registration form and a notice (together the "Remedial Mailing") to all voters who have engaged in a Covered Transaction (*e.g.*, initial application, renewal, and/or change of address) with the Arizona Department of Transportation ("ADOT") or its Motor Vehicle Division ("MVD") (collectively "ADOT/MVD") since November 9, 2016—the day after the last General Election. The Remedial Mailing would advise voters that their voter registration record may be out of date, indicate that this error in the record may impact their ability to receive a ballot by mail and/or cast a ballot in the 2018 General Election which will be counted, and state steps voters can take to ensure that they are able to participate in the 2018 General Election.[2] This remedy can be most effective if the information contained in the Remedial Mailing reaches voters prior to the October 9, 2018 voter registration deadline. Based upon a separate settlement reached with ADOT/MVD, the Arizona Department of Economic Security, and the Arizona Heath Care Cost Containment System involving a similar mailing [Doc. 6-1 at 17-27], Plaintiffs in good faith reasonably believe that it may take the SOS some time to prepare, print, and send the requested Remedial Mailing. Accordingly, Plaintiffs believe a preliminary injunction ordering the Remedial Mailing is needed by September 14, 2018 to be most effective, which is why Plaintiffs asked for that relief.

---

[2] The Proposed Order and Order to Show Cause filed by Plaintiffs on August 18, 2018 provide greater detail concerning the contents of the requested Remedial Mailing. [Docs. 5-2 at 2:20-3:16, 6-2 at 2:24-3:19]

2

Bryan Cave Leighton Paisner LLP
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
(602) 364-7000

Plaintiffs' second requested form of relief does not implicate the September 14, 2018 deadline, but nonetheless is time sensitive. Plaintiffs' second form of relief requests that the SOS instruct county recorders to count provisional ballots cast in federal elections by voters who changed their address during a Covered Transaction with ADOT/MVD regardless of whether the provisional ballot is cast in the precinct corresponding to the address associated with the voter's driver's license or identification card or in the precinct associated with the voter's registration record. Plaintiffs believe this remedy can be effective if ordered any time prior to Election Day—November 6, 2018—however, providing the SOS with time prior to Election Day to conduct relevant poll worker training and adequately inform voters of the option to vote at either polling location likely will increase its effectiveness.

Based on the foregoing, Plaintiffs seek a preliminary injunction in the form specified in their papers.

DATED this 24th day of August, 2018.

BRYAN CAVE LEIGHTON PAISNER LLP

By  s/ Teresa P. Meece
    Lawrence G. Scarborough
    Jessica R. Maziarz
    Teresa P. Meece
    Julie M. Birk
    Two North Central Avenue, Suite 2100
    Phoenix, Arizona 85004-4406

    Kathy Brody
    Darrell Hill
    AMERICAN CIVIL LIBERTIES UNION OF ARIZONA
    P.O. Box 17148
    Phoenix, Arizona 85011-0148

    Sarah Brannon* **
    Ceridwen Cherry*
    AMERICAN CIVIL LIBERTIES UNION FOUNDATION
    915 15th Street NW
    Washington, DC 20005-2313

    Theresa J. Lee*
    AMERICAN CIVIL LIBERTIES UNION FOUNDATION
    125 Broad Street
    New York, New York 10004

Stuart Naifeh*
DEMOS
80 Broad St, 4th Floor
New York, New York 10004

Chiraag Bains* **
DEMOS
740 6th Street NW, 2nd Floor
Washington, DC 20001

Jon Greenbaum*
Ezra D. Rosenberg*
Arusha Gordon*
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005

\* *Pro hac vice* applications forthcoming.
\*\* *Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).*

Attorneys for Plaintiffs

| | |
|---|---|
| 1 | Filed electronically with the Court and Served on parties of record by the Court's CM/ECF system this 24th day of August, 2018. |
| 2 | |
| 3 | |
| 4 |  s/ Donna McGinnis |
| 5 | |
| 6 | 12108178 |

**Two North Central Avenue, Suite 2100**
**Phoenix, Arizona 85004-4406**
**(602) 364-7000**