BRYAN CAVE LEIGHTON PAISNER LLP (No. 00145700)
Lawrence G. Scarborough (No. 006965) (lgscarborough@bclplaw.com)
Jessica R. Maziarz (No. 027353) (jessica.maziarz@bclplaw.com)
Teresa P. Meece (No. 032071) (teresa.meece@bclplaw.com)
Julie M. Birk (No. 033908) (julie.birk@bclplaw.com)
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000

Attorneys for Plaintiffs

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| League of Women Voters of Arizona; Mi Familia Vota Education Fund; and Promise Arizona, on behalf of themselves, their members, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Michele Reagan, in her official capacity as Secretary of State for the State of Arizona,<br><br>Defendant. | No. CV-18-02620-PHX-JAT<br><br>NOTICE OF ESTIMATED LENGTH OF TIME REGARDING SEPTEMBER 12, 2018 HEARING |

In accordance with the Court's Order issued on August 22, 2018 (Doc. 15), Plaintiffs and Defendant conferred during a telephonic conference held on August 27, 2018 and estimate three hours as the length of time for the hearing set for Wednesday, September 12, 2018.

DATED this 27th day of August, 2018.

BRYAN CAVE LEIGHTON PAISNER LLP

By s/ Jessica R. Maziarz
    Lawrence G. Scarborough
    Jessica R. Maziarz
    Teresa P. Meece
    Julie M. Birk
    Two North Central Avenue, Suite 2100
    Phoenix, Arizona 85004-4406

**Bryan Cave Leighton Paisner LLP**
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
(602) 364-7000

Kathy Brody
Darrell Hill
AMERICAN CIVIL LIBERTIES UNION OF ARIZONA
P.O. Box 17148
Phoenix, Arizona 85011-0148

Sarah Brannon* **
Ceridwen Cherry*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street NW
Washington, DC 20005-2313

Theresa J. Lee*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street
New York, New York 10004

Stuart Naifeh
DEMOS
80 Broad St, 4th Floor
New York, New York 10004

Chiraag Bains* **
DEMOS
740 6th Street NW, 2nd Floor
Washington, DC 20001

Jon Greenbaum*
Ezra D. Rosenberg*
Arusha Gordon*
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005

* *Pro hac vice* applications forthcoming.
** *Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).*

Attorneys for Plaintiffs

Filed electronically with the Court and served on parties of record by the Court's CM/ECF system this 27th day of August, 2018.

  s/ Donna McGinnis
_____

12114411