

**Out of Jurisdiction Letter**

---

*DATE*

*VOTER NAME*
*VOTER ADDRESS*

We recently sent mail to the address where you are currently registered to vote in <County Name> County. The United States Postal Service returned that piece of mail to us with this forwarding address. The address provided by the Postal Service is outside of <County Name> County.

If you no longer live in <County Name> County, you are no longer eligible to vote in <County Name> County elections. If that is the case, we ask that you fill out the bottom portion of this form. Please use the enclosed envelope to return your signed form to our office. On receipt, we will cancel your voter registration in <County Name> County and discontinue sending you voter literature.

If you are only temporarily absent from <County Name> County, please contact our office at <phone number> so that we can keep your registration current. If we do not hear from you within 35 days, Arizona law requires that we move your voter registration to an inactive status.

-----------------------------------------------------------------------------

I, (please print name) _____ no longer reside in <County Name> County, Arizona. Please cancel my voter registration and discontinue sending me voter literature. I understand that if I relocate back to <County Name> County, I will need to reregister at that time.

_____
Signature (Mandatory for cancellation)

_____
Date of Birth (for identification purposes)

When completed, please mail to:
<County Recorder Address>

---

**Final Notices**

**In-Jurisdiction Letter**

---

FINAL NOTICE
REGISTRATION FORM ENCLOSED

*DATE*

*VOTER NAME*
*VOTER ADDRESS*

You were recently sent a mailing (first notice) to the address we have on record, which was returned to our office as undeliverable. The returned mailing indicated that you no longer live at the address on your voter record and/or your mailing address is no longer valid.

<u>State law requires re-registration</u> when you change your <u>residential address,</u> change your name or wish to change your party affiliation. <u>To ensure that you remain on the active voter list, you will need to complete the enclosed registration form and return it to our office.</u>

Pursuant to ARS § 16-166 (A), <u>if we do not receive a new registration form</u> within THIRTY-FIVE (35) days from the date of THIS NOTICE, your name will be <u>REMOVED</u> from the general register and <u>TRANSFERRED TO THE 'INACTIVE' VOTER LIST.</u>

**MAILING SERVICES OR BUSINESS ADDRESSES ARE NOT ACCEPTABLE AS RESIDENTIAL ADDRESSES PURSUANT TO ARS § 16-152.**

If you no longer have a post office box, please contact our office at <phone number> and we will change your mailing information.

If we do not have the correct information on file, you may not receive sample ballots or statutory information pamphlets.

---

CHAPTER 18 - SAMPLE FORMS
Secretary of State, June 2014
326

**NVRA Address Change**

---

Dear <County Name> County Voter:

We have received a change of address for you from either the United States Postal Service or a returned piece of mail indicating that you may have moved out of this county or state. The address we currently have on file is:

> <street address>
> <city>, <state> <zip code>

If you have moved or intend to move out of <County name> County, we have enclosed a cancellation card for your convenience. To continue to be eligible to vote in the State of Arizona, you must re-register in the county to which you moved.

If the mailing address is a temporary address, you will need to notify this office within 29 days to prevent being placed on our inactive list.

"Si es obligatorio que usted tenga este documento en español, haga el favor de ponerse en contacto con Inscripción de Votantes al <phone number>."

---