

1         Law Offices
    HINSHAW & CULBERTSON LLP
2       2375 E. Camelback Rd.
      Suite 750
3       Phoenix, AZ 85016
     602-631-4400
4        602-631-4404
   stully@hinshawlaw.com
5      bdunn@hinshawlaw.com

6   Stephen W. Tully (014076)
  Bradley L. Dunn (028897)
7   Attorneys for Defendant Michele Reagan,
in her official capacity as Secretary of State for the State of Arizona

8

9            UNITED STATES DISTRICT COURT

10               DISTRICT OF ARIZONA

League of Women Voters of Arizona; Mi
11  Familia Vota Education Fund; and Promise
Arizona, on behalf of themselves, their
12  members, and all other similarly situated,

13          Plaintiffs,

14  v.

15  Michele Reagan, in her official capacity as
Secretary of State for the State of Arizona,
16

17          Defendant.

No. 2:18-cv-02620-JAT

**AFFIDAVIT OF LESLIE M. HOFFMAN**

18  STATE OF ARIZONA    )
19               ) ss
County of Yavapai     )
20

21      Leslie M. Hoffman, being duly sworn, states as follows:

22      1.   I have served as the duly elected Recorder for Yavapai County
23  ("Recorder") since 2012.

24      2.   Yavapai County has 25 Vote Centers, and all Vote Centers are equipped
25  with Ballot-on-Demand Printers.

26

302444617v1 2900

3.     Any registered voter may vote at any one of our 25 Vote Centers on Election Day, and cast a ballot for the precinct designated by their current address. For example: If a voter enters a vote center and presents an ID with an address that does not match their address in our poll books, the poll workers will look up the new address and print the new precinct ballot by on-demand-printing or the voter may opt to vote the new precinct ballot on our touch screen device. Either way, the voter will vote a provisional ballot.

4.     Yavapai County has paid a license fee to Pitney Bowes to use their Connect Right Mailer - National Change of Address ("NCOA") Program.

5.     We receive new NCOA data once a week (not during books closed), and compare that change of address information with our voter registration database.

6.     Those voters with a match will be put into National Voter Registration Act ("NVRA") status in our database and sent a NCOA Notice (attached as **Exhibit 1**) per A.R.S. § 16-166.E.

7.     We instruct the voter to mail the bottom portion back to us within 35 days in the Business Reply envelope provided so they may keep their active voting status, and also give them direction to www.servicearizona.com to update their address online.

8.     We are constantly assisting our voters in updating their addresses. Mailing addresses may be updated over the phone. Post Office boxes cannot be used as a residential address.

9.     Every day we process hundreds of changes through the MVD portal.

10.    Even during books closed, we examine these voter requests looking for address changes of inactive voters who are updating their addresses. We want to have as many updated addresses in the poll books so the voters are not required to vote a provisional ballot on Election Day.

302444617v1 2900

1       11.     Because we use the NCOA program, I believe often times we get the most

2 current up-to-date addresses, even before the MVD is alerted of an address change.

3       12.     When an address change is made to a voter's account, we send a new voter

4 registration card to the updated address by non-forwardable mail. If we receive any of

5 these back by returned mail, the voter will be put back into NVRA and the process starts

6 over.

7       FURTHER AFFIANT SAYETH NOT.

8

9 DATED: 8·31·18                              Leslie M. Hoffman

10

11

12       Subscribe and sworn to before me this 31 day of August, 2018.

13

14                                        Notary Public



OFFICIAL SEAL
A. K. CLOUTIER
Notary Public - State of Arizona
YAVAPAI COUNTY
My Comm. Expires May 20, 2020

Commission #
508451

15

16 May 20, 2020

My Commission Expires

17

18

19

20

21

22

23

24

25

26

3

302444617v1 2900