BRYAN CAVE LEIGHTON PAISNER LLP (No. 00145700)
Lawrence G. Scarborough (No. 006965) (lgscarborough@bclplaw.com)
Jessica R. Maziarz (No. 027353) (jessica.maziarz@bclplaw.com)
Teresa P. Meece (No. 032071) (teresa.meece@bclplaw.com)
Julie M. Birk (No. 033908) (julie.birk@bclplaw.com)
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000

Attorneys for Plaintiffs

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| League of Women Voters of Arizona; Mi Familia Vota Education Fund; and Promise Arizona, on behalf of themselves, their members, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Michele Reagan, in her official capacity as Secretary of State for the State of Arizona,<br><br>Defendant. | No. CV-18-02620-PHX-JAT<br><br>JOINT PRE-HEARING STATEMENT |

Pursuant to the Court's Order Setting Preliminary Injunction Hearing issued on August 22, 2018, the parties, through undersigned counsel, respectfully submit this Joint Pre-Hearing Statement.

**A.  Counsel For The Parties.**

**Plaintiffs:**

| | |
|---|---|
| Lawrence G. Scarborough<br>Jessica R. Maziarz<br>Teresa P. Meece<br>Julie M. Birk<br>Bryan Cave Leighton Paisner LLP<br>Two North Central Avenue, Suite 2100<br>Phoenix, Arizona 85004<br>Telephone: (602) 364-7000<br>lgscarboroug@bclplaw.com<br>jessica.maziarz@bclplaw.com<br>teresa.meece@bclplaw.com<br>julie.birk@bclplaw.com | Kathy Brody<br>Darrell Hill<br>American Civil Liberties Union of Arizona<br>P.O. Box 17148<br>Phoenix, Arizona 85011-0148<br>Telephone: (602) 650-1854<br>kbrody@acluaz.org<br>dhill@azluaz.org |

Sarah Brannon
Ceridwen Cherry
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005-2313
Telephone:
Sarah Brannon - (202) 675-2337
Ceridwen Cherry – (202) 675-2326
sbrannon@aclu.org
ccherry@aclu.org

Stuart C. Naifeh
DEMOS
80 Broad Street, 4th Floor
New York, New York 10004
Telephone:  (212) 485-6055
snaifeh@demos.org

Jon Greenbaum
Ezra D. Rosenberg
Arusha Gordon
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone:  (202) 662-8600
jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org
agordon@lawyerscommittee.org

Theresa J. Lee
American Civil Liberties Union Foundation
125 Broad Street
New York, New York 10004
Telephone:  (212) 549-2500
tlee@aclu.org

Chiraag Bains
DEMOS
740 6th Street NW, 2nd Floor
Washington, DC 20001
Telephone:  (202) 864-2746
cbains@demos.org

**Defendant:**

Stephen W. Tully
Bradley L. Dunn
Hinshaw & Culbertson LLP
2375 East Camelback Road, Suite 750
Phoenix, Arizona 85016
Telephone:  (602) 631-4400
stully@hinshawlaw.com
bdunn@hinshawlaw.com

Joseph E. La Rue
Mark Brnovich, Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone:  (602) 542-4951
joseph.larue@azag.gov

**B.     Statement Of Jurisdiction.**

The Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1343; 52 U.S.C. § 20510(b)(2).  The Court has personal jurisdiction over Defendant because Plaintiffs sue Defendant in her official capacity as an elected official of Arizona in which she resides.  This Court has jurisdiction to grant both declaratory and injunctive relief under 28 U.S.C. §§ 2201, 2202; 52 U.S.C. § 20510(b)(2); Fed. R. Civ. P.  65.  Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2).  Jurisdiction is not

disputed.

**C.     List Of Witnesses.**

**Plaintiffs:**

    **1.     Witnesses Who *Shall* be Called at the Hearing.**

        a.    Robyn Prud'homme-Bauer
             c/o Bryan Cave Leighton Paisner LLP
             Two North Central Avenue, Suite 2100
             Phoenix, Arizona 85004-4406

Ms. Prud'homme-Bauer is a fact witness. Ms. Prud'homme-Bauer is the Co-President of Plaintiff League of Women Voters of Arizona (the "League"). She is expected to testify regarding the factual allegations in Plaintiffs' Complaint that relate to the League. She also is expected to testify regarding the matters set forth in her declaration in support of Plaintiffs' Motion for Preliminary Injunction, which includes, for example, the League's background, membership, purpose, programing, activities, voter registration efforts, and diversion of resources.

        b.    Eric Spencer
             c/o Hinshaw & Culbertson LLP
             2375 East Camelback Road, Suite 750
             Phoenix, Arizona 85016

Mr. Spencer is a fact witness. If, and to the extent he is found by the Court to be a qualified as an expert, Plaintiffs reserve the right to elicit expert testimony from him as well. Mr. Spencer is expected to testify regarding the items listed in Defendant's list of witnesses. *See* page 6, line 27 to page 7, line 4 of the Joint Pre-Hearing Statement.

        c.    Eric Jorgensen
             c/o Joseph Kanefield
             Ballard Spahr
             1 East Washington Street, Suite 2300
             Phoenix, Arizona 85004-2555

Mr. Jorgensen is a fact witness. Mr. Jorgensen is expected to testify regarding the items listed in Defendant's list of witnesses. *See* page 6, line 27 to page 7, line 4 of the Joint Pre-Hearing Statement.

3

**2.    Witnesses Who *May* be Called at the Hearing.**

    a.    Julie M. Birk
          c/o Bryan Cave Leighton Paisner LLP
          Two North Central Avenue, Suite 2100
          Phoenix, Arizona 85004-4406

Ms. Birk is a fact witness. Ms. Birk may testify regarding the declaration of counsel in support of Plaintiffs' Motion for Preliminary Injunction.

    b.    Petra Falcon
          c/o Bryan Cave Leighton Paisner LLP
          Two North Central Avenue, Suite 2100
          Phoenix, Arizona 85004-4406

Ms. Falcon is a fact witness. Ms. Falcon is the Executive Director of Defendant Promise Arizona. She may testify regarding the factual allegations in Plaintiffs' Complaint that relate to Promise Arizona. She also may testify regarding the matters set forth in her declaration in support of Plaintiffs' Motion for Preliminary Injunction, which includes, for example, Promise Arizona's background, membership, purpose, programming, voter registration efforts, and diversion of resources.

    c.    Cindy Hans
          c/o Bryan Cave Leighton Paisner LLP
          Two North Central Avenue, Suite 2100
          Phoenix, Arizona 85004-4406

Ms. Hans is a fact witness. Ms. Han is a member of Plaintiff League of Women Voters of Arizona. She may testify regarding the matters set forth in her September 6, 2018 Declaration.

    d.    Khalil Rushdan
          c/o Bryan Cave Leighton Paisner LLP
          Two North Central Avenue, Suite 2100
          Phoenix, Arizona 85004-4406

Mr. Rushdan is a fact witness. Mr. Rushdan is a member of Plaintiff League of Women Voters of Arizona. He may testify regarding the matters set forth in his declaration in support of Reply in Support of Plaintiffs' Motion for Preliminary Injunction.

   e. Eduardo Sainz
    c/o Bryan Cave Leighton Paisner LLP
    Two North Central Avenue, Suite 2100
    Phoenix, Arizona 85004-4406

Mr. Sainz is a fact witness. Mr. Sainz is the State Director for Plaintiff Mi Familia Vota Arizona ("Mi Familia"). He may testify regarding the factual allegations in Plaintiffs' Complaint that relate to Mi Familia. He also may testify regarding the matters set forth in his declaration in support of Plaintiffs' Motion for Preliminary Injunction, which includes, for example, Mi Familia's background, membership, purpose, services, voter registration efforts, and diversion of resources.

   f. Paul Wade
    c/o Bryan Cave Leighton Paisner LLP
    Two North Central Avenue, Suite 2100
    Phoenix, Arizona 85004-4406

Mr. Wade is a fact witness. Mr. Wade is a member of Plaintiff League of Women Voters of Arizona. He may testify regarding the matters set forth in his declaration in support of Reply in Support of Plaintiffs' Motion for Preliminary Injunction.

  **3.** **Witnesses Who Are *Unlikely* to be Called at the Hearing.**
   a. N/A.

**Defendant:**

  **1.** **Witnesses Who *Shall* be Called at the Hearing.**
   a. Eric Spencer
    c/o Hinshaw & Culbertson LLP
    2375 East Camelback Road, Suite 750
    Phoenix, Arizona 85016

Mr. Spencer is a fact and expert witness. Mr. Spencer is the Elections Services Director and is expected to testify regarding the records that are kept by the Secretary of State, and the efforts currently taken by the Secretary of State along with the County Recorders and the Arizona Department of Transportation to maintain up to date voter registration records. He will testify as to the cost and effort involved in the proposed mailing requested by the Plaintiffs and the system by which Provisional ballots are counted. He will

further testify if necessary regarding the efforts of the Secretary to update the computer system to accommodate the changes demanded by the Plaintiffs and to any other matters the court deems relevant regarding the operation of elections in this state.

      b.      Eric Jorgensen
            c/o Joseph Kanefield
            Ballard Spahr
            1 East Washington Street, Suite 2300
            Phoenix, Arizona 85004-2555

Mr. Jorgensen is a fact witness. Mr. Jorgensen is a Director at the Motor Vehicles Department (ADOT) and is expected to testify regarding the options that have been provided voters to update their residential and mailing addresses when updating those addresses with the MVD. Mr. Jorgensen may also testify regarding the records maintained by the Arizona Department of Transportation.

**2.    Witnesses Who *May* be Called at the Hearing.**

      a.      Leslie Hoffman or other Representative from a County Recorder's Office
            c/o Hinshaw & Culbertson LLP
            2375 East Camelback Road, Suite 750
            Phoenix, Arizona 85016

Defendant may call Ms. Hoffman but is currently attempting to identify a closer County Recorder or a suitable employee of a County Recorder that can testify regarding any factual issues not covered by Mr. Spencer. This individual may testify regarding the process of counting provisional ballots and the effort needed to identify and vote those ballots as well as efforts to maintain up-to-date voting records.

**3.    Witnesses Who Are *Unlikely* to be Called at the Hearing.**

      a.      None currently identified.

Each party understands that it is responsible for ensuring that the witnesses it wishes to call to testify are subpoenaed. Each party further understands that any witness a party wishes to call shall be listed on that party's list of witnesses above and that party cannot rely on that witness having been listed or subpoenaed by another party.

The parties respectfully submit that they have agreed that to the extent one party calls a witness the other party may examine that witness without the need for a subpoena.

Bryan Cave Leighton Paisner LLP
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
(602) 364-7000

The parties respectfully submit that they also have agreed, for the sake of efficiency and respect for the Court's time, that each witness need only be called to testify one time, and to facilitate this the parties have agreed that during this testimony each party can proceed with both direct and cross.

**D.  List of Exhibits.**

    **1.  The Following Exhibits Are Admissible in Evidence and May be Marked in Evidence by the Clerk.**

        a.  Plaintiffs' Exhibits:

            1.  November 14, 2017 Correspondence from Plaintiffs to Defendant.

            2.  August 14, 2018 Interim Memorandum of Understanding between Plaintiffs and ADOT/MVD, Arizona Department of Economic Security, and Arizona Health Care Cost Containment System.

            3.  Arizona Department of Transportation Driver License/Identification Card Application, Form 40-5122 R04/16.

            4.  Arizona Department of Transportation Driver License/Identification Card Application, Form 40-5122 R01/18.

            5.  Arizona Department of Transportation Duplicate/Credential Update Application, Form 40-5145 R07/16.

            6.  August 16, 2018 Press Release issued by Michele Reagan, in her official capacity as Secretary of State for the State of Arizona.

            7.  Screen shots of the Service AZ website.

            8.  Declaration of Robyn Prud'homme-Bauer.

            9.  Declaration of Eduardo Sainz.

            10. Declaration of Petra Falcon.

            11. Declaration of League of Women Voters of Arizona member Paul Wade.

            12. Declaration of League of Women Voters of Arizona member Khalil Rushdan.

            13. Declaration of League of Women Voters of Arizona member Cindy Hans.

Bryan Cave Leighton Paisner LLP
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
(602) 364-7000

        b.    Defendant's Exhibits:

                21.    State of Arizona Elections Procedures Manual (rev. 2014).

                22.    State of Arizona Elections Procedures Manual (2018 edition).

                23.    Voter Registration, Voter Turn-out, and Out-of Precinct Voting in Arizona Presidential Elections (2008-2016).

                24.    Ballots cast for general presidential elections and mid-term general elections in the state of Arizona.

                25.    Registered voters and ballots cast for general presidential elections and mid-term general elections for Maricopa County.

                26.    Registered voters and ballots cast for general presidential elections and mid-term general elections for Pima County.

                27.    Out-of-Precinct (OOP) ballots cast in the State of Arizona.

                28.    Out-of-Precinct (OOP) ballots cast in Maricopa County.

                29.    Out-of-Precinct (OOP) ballots cast in Pima County.

                30.    Letters to voters (form).

                31.    Affidavit of Leslie M. Hoffman.

Without waiving objections, the parties reserve the right to use or refer to exhibits identified by one another.

The parties agree that the above exhibits are admissible for purposes of the Preliminary Injunction Hearing but not for trial.

    **2.**    **As to the Following Exhibits, the Parties Have Reached the Following Stipulations.**

        a.    Plaintiffs' Exhibits:  All admissible.

        b.    Defendant's Exhibits:  All admissible.

    **3.**    **As to the Following Exhibits, the Parties Against Whom the Exhibit is to Be Offered Objects to the Admission of the Exhibit and Offers the Objection Stated Below.**

        a.    Plaintiffs' Exhibits:  N/A.

        b.    Defendant's Exhibits:  N/A.

Each party hereby acknowledges by signing this *joint* pre-hearing statement that any objections not specifically raised herein are waived.

**E.   Depositions To Be Offered.**

N/A.

Each party hereby acknowledges by signing this *joint* pre-hearing statement that any deposition not listed as provide herein will not be allowed, absent good cause.

**F.   Estimated Length Of Hearing.**

Three hours.

DATED this 6th day of September, 2018.

| BRYAN CAVE LEIGHTON PAISNER LLP | HINSHAW & CULBERTSON LLP |
|---|---|
| By s/ Lawrence G. Scarborough<br>  Lawrence G. Scarborough<br>  Jessica R. Maziarz<br>  Teresa P. Meece<br>  Julie M. Birk<br>  Two North Central Avenue, Suite 2100<br>  Phoenix, Arizona 85004-4406<br><br>Kathy Brody<br>Darrell Hill<br>AMERICAN CIVIL LIBERTIES UNION<br>OF ARIZONA<br>P.O. Box 17148<br>Phoenix, Arizona 85011-0148<br><br>Sarah Brannon* **<br>Ceridwen Cherry*<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION<br>915 15th Street NW<br>Washington, DC 20005-2313<br><br>Theresa J. Lee*<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION<br>125 Broad Street<br>New York, New York 10004<br><br>Stuart C. Naifeh<br>DEMOS<br>80 Broad St, 4th Floor<br>New York, New York 10004<br><br>Chiraag Bains* **<br>DEMOS<br>740 6th Street NW, 2nd Floor<br>Washington, DC 20001 | By s/ Stephen W. Tully (with permission)<br>  Stephen W. Tully<br>  Bradley L. Dunn<br>  2375 East Camelback Road, Suite 750<br>  Phoenix, Arizona 85016<br><br>Joseph E. La Rue<br>MARK BRNOVICH, ATTORNEY GENERAL<br>2005 North Central Avenue<br>Phoenix, Arizona 85004-1592<br><br>Attorneys for Defendant |

Jon Greenbaum*
Ezra D. Rosenberg*
Arusha Gordon*
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005

* *Pro hac vice* applications forthcoming.
** Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).

Attorneys for Plaintiffs

Filed electronically with the Court and served on parties of record by the Court's CM/ECF system this 6th day of September, 2018.

  s/ Mary Ann Villa
_____

12145951

Bryan Cave Leighton Paisner LLP
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
(602) 364-7000