BRYAN CAVE LEIGHTON PAISNER LLP (No. 00145700)
Lawrence G. Scarborough (No. 006965) (lgscarborough@bclplaw.com)
Jessica R. Maziarz (No. 027353) (jessica.maziarz@bclplaw.com)
Teresa P. Meece (No. 032071) (teresa.meece@bclplaw.com)
Julie M. Birk (No. 033908) (julie.birk@bclplaw.com)
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000

Attorneys for Plaintiffs

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| League of Women Voters of Arizona; Mi Familia Vota Education Fund; and Promise Arizona, on behalf of themselves, their members, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Michele Reagan, in her official capacity as Secretary of State for the State of Arizona,<br><br>Defendant. | No. CV-18-02620-PHX-JAT |

NOTICE OF FILING [PROPOSED] PLAINTIFFS'
FINDINGS OF FACT AND CONCLUSIONS OF LAW

In accordance with the Court's Order Setting Preliminary Injunction Hearing (8/22/18), Plaintiffs League of Women Voters of Arizona, Mi Familia Vota Education Fund, and Promise Arizona, by and through undersigned counsel, hereby notify the Court that [Proposed] Plaintiffs' Findings of Fact and Conclusions of Law (attached hereto as Exhibit A) was filed with the Clerk of the Court on this date.

DATED this 6th day of September, 2018.

BRYAN CAVE LEIGHTON PAISNER LLP

By  s/ Lawrence G. Scarborough
   Lawrence G. Scarborough
   Jessica R. Maziarz
   Teresa P. Meece
   Julie M. Birk
   Two North Central Avenue, Suite 2100
   Phoenix, Arizona 85004-4406

   Kathy Brody
   Darrell Hill
   AMERICAN CIVIL LIBERTIES UNION OF ARIZONA
   P.O. Box 17148
   Phoenix, Arizona 85011-0148

   Sarah Brannon* **
   Ceridwen Cherry*
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   915 15th Street NW
   Washington, DC 20005-2313

   Theresa J. Lee*
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   125 Broad Street
   New York, New York 10004

   Stuart Naifeh*
   DEMOS
   80 Broad St, 4th Floor
   New York, New York 10004

   Chiraag Bains* **
   DEMOS
   740 6th Street NW, 2nd Floor
   Washington, DC 20001

Bryan Cave Leighton Paisner LLP
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
(602) 364-7000

Jon Greenbaum*
Ezra D. Rosenberg*
Arusha Gordon*
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005

\* *Pro hac vice* applications forthcoming.
\*\* *Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).*

Attorneys for Plaintiffs

Filed electronically with the Court and served on parties of record by the Court's CM/ECF system this 6th day of September, 2018.

 s/ Mary Ann Villa

12149918

Bryan Cave Leighton Paisner LLP
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
(602) 364-7000