BRYAN CAVE LEIGHTON PAISNER LLP (No. 00145700)
Lawrence G. Scarborough (No. 006965) (lgscarborough@bclplaw.com)
Jessica R. Maziarz (No. 027353) (jessica.maziarz@bclplaw.com)
Teresa P. Meece (No. 032071) (teresa.meece@bclplaw.com)
Julie M. Birk (No. 033908) (julie.birk@bclplaw.com)
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000

Attorneys for Plaintiffs

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| League of Women Voters of Arizona; Mi Familia Vota Education Fund; and Promise Arizona, on behalf of themselves, their members, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Michele Reagan, in her official capacity as Secretary of State for the State of Arizona,<br><br>Defendant. | No. CV-18-02620-PHX-JAT |

NOTICE OF LODGING [PROPOSED] PRELIMINARY INJUNCTION

| | |
|---|---|
| 1 | Please take notice that Plaintiffs League of Women Voters of Arizona, Mi Familia |
| 2 | Vota Education Fund, and Promise Arizona hereby lodge the attached proposed form of |
| 3 | Preliminary Injunction in accordance with the Court's Order Setting Preliminary Injunction |
| 4 | Hearing dated August 22, 2018. |

DATED this 6th day of September, 2018.

BRYAN CAVE LEIGHTON PAISNER LLP

By  s/ Lawrence G. Scarborough
    Lawrence G. Scarborough
    Jessica R. Maziarz
    Teresa P. Meece
    Julie M. Birk
    Two North Central Avenue, Suite 2100
    Phoenix, Arizona 85004-4406

Kathy Brody
Darrell Hill
AMERICAN CIVIL LIBERTIES UNION OF ARIZONA
P.O. Box 17148
Phoenix, Arizona 85011-0148

Sarah Brannon* **
Ceridwen Cherry*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street NW
Washington, DC 20005-2313

Theresa J. Lee*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street
New York, New York 10004

Stuart Naifeh*
DEMOS
80 Broad St, 4th Floor
New York, New York 10004

Chiraag Bains* **
DEMOS
740 6th Street NW, 2nd Floor
Washington, DC 20001

Jon Greenbaum*
Ezra D. Rosenberg*
Arusha Gordon*
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005

* *Pro hac vice* applications forthcoming.
** *Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).*

Attorneys for Plaintiffs

Filed electronically with the Court and served on parties of record by the Court's CM/ECF system this 6th day of September, 2018.

s/ Mary Ann Villa

12149957