Law Offices
HINSHAW & CULBERTSON LLP
2375 E. Camelback Rd.
Suite 750
Phoenix, AZ 85016
602-631-4400
602-631-4404
stully@hinshawlaw.com
bdunn@hinshawlaw.com

Stephen W. Tully (014076)
Bradley L. Dunn (028897)
Attorneys for Defendant Michele Reagan,
in her official capacity as Secretary of State for the State of Arizona

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| League of Women Voters of Arizona; Mi Familia Vota Education Fund; and Promise Arizona, on behalf of themselves, their members, and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Michele Reagan, in her official capacity as Secretary of State for the State of Arizona,<br><br>Defendant. | No. 2:18-cv-02620-JAT<br><br>**NOTICE OF ERRATA** |

Defendant Michele Reagan in her official capacity as Secretary of State for the State of Arizona ("Defendant") provides this Notice of Errata to replace Exhibit 2, which is the Affidavit of Leslie M. Hoffman ("Hoffman Affidavit") to Defendant's Response to Plaintiffs' Application to Show Cause (Doc. 22) because Exhibit 1 referred to in the Hoffman Affidavit was inadvertently omitted. The complete version of Exhibit 2 is submitted herewith.

///

///

///

302487629v1 1012802

DATED this 7th day of September, 2018.

                          HINSHAW & CULBERTSON LLP

                          /s/ Stephen W. Tully
                          Bradley L. Dunn
                          Stephen W. Tully
                          Bradley L. Dunn
                          Attorneys for Defendant Michele Reagan,
                          in her official capacity as Secretary of
                          State for the State of Arizona

# CERTIFICATE OF SERVICE

I certify that on the 7th day of September, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Lawrence G. Scarborough, Esq.<br>Jessica R. Maziarz, Esq.<br>Teresa P. Meece, Esq.<br>Julie M. Birk, Esq.<br>Bryan Cave Leighton Paisner, LLP<br>Two North Central Avenue, Suite 2100<br>Phoenix, AZ 85004-4406<br>*Attorneys for Plaintiffs* | Arusha Gordon<br>Ezra D. Rosenberg<br>Jon M. Greenbaum<br>Lawyers Committee for Civil Rights<br>Under Law<br>1500 K Street NW, Ste. 900<br>Washington, DC 20005<br>*Attorneys for Plaintiffs* |
| Ceridwen Cherry<br>Sarah Brannon<br>ACLU - Washington DC<br>915 15th St. NW, 7th Fl.<br>Washington, DC 20005<br>*Attorneys for Plaintiffs* | Chiraag Bains<br>DEMOS - Washington, DC<br>740 6th St. NW, 2nd Fl.<br>Washington, DC 20001<br>*Attorneys for Plaintiffs* |
| Darrell L. Hill<br>Kathleen E. Brody<br>ACLU - Phoenix, AZ<br>P.O. Box 17148<br>Phoenix, AZ 85011<br>*Attorneys for Plaintiffs* | Theresa J Lee<br>ACLU - New York, NY<br>125 Broad St., 18th Fl.<br>New York, NY 10004<br>*Attorneys for Plaintiffs* |
| Stuart C. Naifeh<br>DEMOS<br>80 Broad Street, 4th Fl.<br>New York, NY 10004<br>*Attorneys for Plaintiffs* | Joseph E. La Rue<br>Assistant Attorney General's Office<br>2005 North Central Avenue<br>Phoenix, AZ 85004-1592<br>*Co-Counsel for Defendant* |

By /s/ Tammy Rivera

302487629v1 1012802