## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## CIVIL MINUTES

Phoenix Division

<u>CV 18-02620-PHX-JAT</u>   DATE: <u>9-12-18</u>
Year    Case No.

HON: <u>JAMES A. TEILBORG</u>

<u>League of Women Voters of Arizona, et al.</u>   v. <u>Michele Reagan</u>
Plaintiff(s)                                              Defendant(s)

Deputy Clerk: <u>Maureen Williams</u>   Court Reporter: <u>Laurie Adams</u>

<u>Lawrence Scarborough, Julie Birk, Sarah Brannon, Darrell Hill, Jessica Maziarz, Teresa Meece and Stuart Naifeh</u>
Plaintiff(s) counsel

<u>Stephen Tully, Bradley Dunn, Joseph LaRue and paralegal Amy Fletcher with Defense representative Eric Spencer</u>
Defense counsel
================================================================================
**Also present: attorney Joseph Kanefield for subpoenaed witness Eric Jorgensen (present)**

**PROCEEDINGS**:   X Open Court   _Chambers   _SEALED

9:01 a.m.  This is the time set for Evidentiary Hearing re: Plaintiffs' Motion for Preliminary Injunction (Doc. 5). Upon stipulation of counsel, Exhibits 1 through 13 are admitted. Counsel waive opening statements. **Plaintiffs' case:** Robyn Prud'homme-Bauer is sworn and examined.  Witness is excused.  Upon stipulation of counsel, Exhibits 21 through 31 are admitted. Defense witness being called out of order, Eric Jorgensen is sworn and examined.  Witness is excused.  Defense witness being called out of order, Eric Spencer is sworn and examined. 10:28 a.m.  Recess.

10:49 a.m.  Reconvene.  Eric Spencer is examined further.  Plaintiffs rest.  Defense rests.  Closing arguments. 11:59 a.m.  Recess.

1:01 p.m.  Reconvene.  Closing arguments continue. IT IS ORDERED taking this matter under advisement.

2:07 p.m.  Court is adjourned.