# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

## CIVIL WITNESS LIST

☒ FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 1 2 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

☒ Preliminary Injunction   ☐ TRO   ☐ Non-Jury Trial   ☐ Jury Trial

Case Number: <u>CV-18-02620-PHX-JAT</u>   Judge Code: <u>7025</u>   Date: <u>September 12, 2018</u>

<u>League of Women Voters of Arizona, et al.</u> vs. <u>Michele Reagan, in her office capacity as Secretary of State for the State of Arizona</u>

☒ Plaintiffs   ☐ Defendant

| NAME | SWORN | APPEARED |
|---|---|---|
| Ms. Julie M. Birk | | |
| Ms. Petra Falcon | | |
| Ms. Cindy Hans | | |
| Mr. Eric Jorgensen | | |
| Ms. Robyn Prud'homme-Bauer | 9-12-18 | 9-12-18 |
| Mr. Khalil Rushdan | | |
| Mr. Eduardo Sainz | | |
| Mr. Eric Spencer | | |
| Mr. Paul Wade | | |
| | | |
| | | |
| | | |
| | | |
| | | |