# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
### CIVIL WITNESS LIST

_X_ FILED     ___ LODGED
___ RECEIVED     ___ COPY

SEP 1 2 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ nuu _____ DEPUTY

__X__ Preliminary Injunction  ___ TRO  ___ Non-Jury Trial  ___ Jury Trial

Case Number CV-18-02620-PHX-JAT     Judge Code 7025     Start Date: 09/12/2018

League of Women Voters of Arizona     vs.     Michele Reagan, as Secretary of State

____ Plaintiff/Petitioner     _X_ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| Eric Spencer | 9-12-18 | 9-12-18 |
| Eric Jorgensen | 9-12-18 | 9-12-18 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |