FILED ✗   LODGED ___
RECEIVED ___   COPY ___

SEP 1 2 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

## CIVIL EXHIBIT LIST

☒ Preliminary Injunction   ☐ TRO   ☐ Non-Jury Trial   ☐ Jury Trial

Case Number: <u>CV-18-02620-PHX-JAT</u>   Judge Code: <u>7025</u>   Date: <u>September 12, 2018</u>

<u>League of Women Voters of Arizona, et al.</u> vs. <u>Michele Reagan, in her office capacity as Secretary of State for the State of Arizona</u>

☒ Plaintiffs   ☐ Defendant

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 1 | Yes | 9-12-18 | November 14, 2017 Letter from Plaintiffs to Defendant |
| 2 | Yes | 9-12-18 | August 14, 2018 Interim Memorandum of Understanding between Plaintiffs and ADOT/MVD, Arizona Department of Economic Security, and Arizona Health Care Cost Containment System |
| 3 | Yes | 9-12-18 | Arizona Department of Transportation Driver License/Identification Card Application, Form 40-5122 R04/16 |
| 4 | Yes | 9-12-18 | Arizona Department of Transportation Driver License/Identification Card Application, Form 40-5122 R01/18 |
| 5 | Yes | 9-12-18 | Arizona Department of Transportation Duplicate/Credential Update Application, Form 40-5145 R07/16 |
| 6 | Yes | 9-12-18 | August 16, 2018 Press Release issued by Michele Reagan in her official capacity as Secretary of State for the State of Arizona |
| 7 | Yes | 9-12-18 | Screen shots of the Service AZ website |
| 8 | Yes | 9-12-18 | Declaration of Robyn Prud'homme-Bauer |

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

## CIVIL EXHIBIT LIST

Case Number: CV-18-02620-PHX-JAT   / Date: September 12, 2018

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 9 | Yes | 9-12-18 | Declaration of Eduardo Sainz |
| 10 | Yes | 9-12-18 | Declaration of Petra Falcon |
| 11 | Yes | 9-12-18 | Declaration of League of Women Voters of Arizona member Paul Wade |
| 12 | Yes | 9-12-18 | Declaration of League of Women Voters of Arizona member Khalil Rushdan |
| 13 | Yes | 9-12-18 | Declaration of League of Women Voters of Arizona member Cindy Hans |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |