UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| League of Women Voters of Arizona; Mi Familia Vota Education Fund; and Promise Arizona, on behalf of themselves, their members, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Katie Hobbs, in her official capacity as Secretary of State for the State of Arizona,<br><br>Defendant. | CV-18-02620-PHX-JAT<br><br>ORDER GRANTING STIPULATION TO AMEND SCHEDULING ORDER |

Pursuant to the parties' Stipulation to Amend Scheduling Order (Doc. 49), and good cause appearing,

**IT IS ORDERED** granting the Stipulation (Doc. 51) such that the Scheduling Order is amended as follows:

1. All discovery, including depositions of parties, witnesses, and experts, answers to written discovery, and supplements to written discovery must be completed by August 30, 2019.

2. All dispositive motions shall be filed no later than October 4, 2019.

Dated this 17th day of April, 2019.

James A. Teilborg
Senior United States District Judge