BRYAN CAVE LEIGHTON PAISNER LLP (No. 00145700)
Lawrence G. Scarborough (No. 006965) (lgscarborough@bclplaw.com)
Jessica R. Maziarz (No. 027353) (jessica.maziarz@bclplaw.com)
Teresa P. Meece (No. 032071) (teresa.meece@bclplaw.com)
Julie M. Birk (No. 033908) (julie.birk@bclplaw.com)
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Telephone:  (602) 364-7000

Attorneys for Plaintiffs

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| League of Women Voters of Arizona; Mi Familia Vota Education Fund; and Promise Arizona, on behalf of themselves, their members, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Katie Hobbs, in her official capacity as Secretary of State for the State of Arizona,<br><br>Defendant. | No. CV-18-02620-PHX-JAT<br><br>NOTICE OF SERVICE OF PLAINTIFFS' SECOND SUPPLEMENTAL MANDATORY INITIAL DISCOVERY RESPONSES PURSUANT TO GENERAL ORDER 17-08 |

NOTICE IS HEREBY GIVEN that plaintiffs League of Women Voters of Arizona, Mi Familia Vota Education Fund, and Promise Arizona have served on defendant Katie Hobbs, in her official capacity as Secretary of State for the State of Arizona, Plaintiffs' Second Supplemental Mandatory Initial Discovery Responses Pursuant to General Order 17-08 on December 4, 2019, by e-mail transmission and First Class Mail.

DATED this 4th day of December, 2019.

BRYAN CAVE LEIGHTON PAISNER LLP

By  s/ Teresa P. Meece
Lawrence G. Scarborough
Jessica R. Maziarz
Teresa P. Meece
Julie M. Birk
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406

Martin Lieberman
AMERICAN CIVIL LIBERTIES UNION OF
ARIZONA
P.O. Box 17148
Phoenix, Arizona 85011-0148

Sarah Brannon**
Ceridwen Cherry
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street NW
Washington, DC 20005-2313

Stuart Naifeh
DEMOS
80 Broad St, 4th Floor
New York, New York 10004

Chiraag Bains**
DEMOS
740 6th Street NW, 2nd Floor
Washington, DC 20001

Jon Greenbaum
Ezra D. Rosenberg
Arusha Gordon
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005

** *Not admitted in the District of Columbia;
practice limited pursuant to D.C. App. R. 49(c)(3).*

Attorneys for Plaintiffs

Filed electronically with the Court and served on parties of record by the Court's CM/ECF system this 4th day of December, 2019.

s/ Donna McGinnis

601365154

BRYAN CAVE LEIGHTON PAISNER LLP
TWO NORTH CENTRAL AVENUE, SUITE 2100
PHOENIX, ARIZONA 85004-4406
(602) 364-7000