1  BRYAN CAVE LEIGHTON PAISNER LLP (No. 00145700)
   Lawrence G. Scarborough (No. 006965) (lgscarborough@bclplaw.com)
2  Jessica R. Maziarz (No. 027353) (jessica.maziarz@bclplaw.com)
   Teresa P. Meece (No. 032071) (teresa.meece@bclplaw.com)
3  Julie M. Birk (No. 033908) (julie.birk@bclplaw.com)
   Two North Central Avenue, Suite 2100
4  Phoenix, Arizona 85004-4406
   Telephone:  (602) 364-7000
5
   Attorneys for Plaintiffs
6
   [Additional counsel listed on signature page]
7

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF ARIZONA**

| | |
|---|---|
| 10  League of Women Voters of Arizona; Mi Familia Vota Education Fund; and Promise Arizona, on behalf of themselves, their members, and all others similarly situated, | No. CV-18-02620-PHX-JAT |
| 13              Plaintiffs, | **JOINT MOTION AND STIPULATION FOR DISMISSAL PURSUANT TO SETTLEMENT AGREEMENT** |
| 14              vs. | |
| 15  Katie Hobbs, in her official capacity as Secretary of State for the State of Arizona, | |
| 16              Defendant. | |

17

18       Plaintiffs League of Women Voters of Arizona, Mi Familia Vota Education Fund, and

19  Promise Arizona ("Plaintiffs") and Defendant Katie Hobbs, in her official capacity as

20  Secretary of State for the State of Arizona ("Defendant"), hereby stipulate and agree as

21  follows:

22       WHEREAS, on January 2, 2020, the parties entered into a Settlement Agreement

23  fully and finally resolving this action ("Settlement Agreement").

24       WHEREAS, the Settlement Agreement, attached hereto as Exhibit A, requires the

25  parties to jointly ask the Court to retain jurisdiction to enforce the terms of the Settlement

26  Agreement, but otherwise dismiss the action without prejudice.

27       Therefore, in consideration of the foregoing, the parties further stipulate, agree, and

28  respectfully request that:

*[left margin vertical text]* BRYAN CAVE LEIGHTON PAISNER LLP
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
(602) 364-7000

1.   In accordance with Section 4.2 of the parties' Settlement Agreement, the Court dismiss this action, in its entirety, without prejudice, against Defendant in this matter. Further, the parties ask the Court to vacate all remaining deadlines and hearing dates in this matter; and

2.   Without affecting the finality of the order of dismissal, the parties ask the Court to retain exclusive and continuing jurisdiction to enforce the Settlement Agreement in accordance with its terms and for is duration, as set forth in Section 7.9 of the Settlement Agreement.

A proposed form of order is submitted herewith.

DATED this 6th day of January, 2020.

BRYAN CAVE LEIGHTON PAISNER LLP

By s/ *Teresa P. Meece*
  Lawrence G. Scarborough
  Jessica R. Maziarz
  Teresa P. Meece
  Julie M. Birk
  Two North Central Avenue, Suite 2100
  Phoenix, Arizona 85004-4406

  Molly Brizgys
  AMERICAN CIVIL LIBERTIES UNION
  OF ARIZONA
  P.O. Box 17148
  Phoenix, Arizona 85011-0148

  Sarah Brannon**
  Ceridwen Cherry
  AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION
  915 15th Street NW
  Washington, DC 20005-2313

  Stuart Naifeh
  DEMOS
  80 Broad St, 4th Floor
  New York, New York 10004

  Chiraag Bains**
  DEMOS
  740 6th Street NW, 2nd Floor
  Washington, DC 20001

MARK BRNOVICH
ARIZONA ATTORNEY GENERAL

By s/*Kara Karlson*   (with permission)
  Kara Karlson
  2005 North Central Avenue
  Phoenix, Arizona 85004-1592

  Stephen W. Tully
  Bradley L. Dunn
  HINSHAW & CULBERTSON LLP
  2375 East Camelback Road, Suite 750
  Phoenix, Arizona 85016

Attorneys for Defendant

BRYAN CAVE LEIGHTON PAISNER LLP
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
(602) 364-7000

1
2
3
4

Jon Greenbaum
Ezra D. Rosenberg
Arusha Gordon
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005

5
6

** Not admitted in the District of
Columbia; practice limited pursuant to D.C.
App. R. 49(c)(3).

7

Attorneys for Plaintiffs

8

9

10

11

12

13
14

Filed electronically with the Court and
served on parties of record by the Court's
CM/ECF system this 6th day of January, 2020.
_____.

15

16

  s/*Donna McGinnis*_____

17

18

601439206

19

20

21

22

23

24

25

26

27

28

BRYAN CAVE LEIGHTON PAISNER LLP
TWO NORTH CENTRAL AVENUE, SUITE 2100
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

3