# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| League of Women Voters of Arizona; Mi Familia Vota Education Fund; and Promise Arizona, on behalf of themselves, their members, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Katie Hobbs, in her official capacity as Secretary of State for the State of Arizona,<br><br>Defendant. | No. CV-18-02620-PHX-JAT<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION FOR DISMISSAL PURSUANT TO SETTLEMENT AGREEMENT** |

The Court having considered the parties' Joint Motion and Stipulation For Dismissal Pursuant To Settlement Agreement (Doc. 67), and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiffs' Complaint is dismissed, in its entirety, without prejudice;

**IT IS FURTHER ORDERED** that all remaining deadlines in this action are vacated; and

**IT IS FURTHER ORDERED** that the Court shall retain exclusive and continuing jurisdiction to enforce the Settlement Agreement in accordance with its terms and for its duration, as set forth in Section 7.9 of the Settlement Agreement.

Dated this 8th day of January, 2020.

James A. Teilborg
Senior United States District Judge